Before STATE INDUSTRIAL BOARD, Respondent. WILLIAM J. McCLELLAN,

Claimant, Respondent, v. Mrs. CHRISTIAN GOODSELL and Another, Appellants.— Award unanimously affirmed, with costs in favor of the State Industrial Board.